# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 18-01725-AS | Date | October 22, 2019 |
| Title | C.A.M. v. Nancy Berryhill, *Acting Commissioner of Social Security* | | |

Present: The Honorable  Alka Sagar, United States Magistrate Judge

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| N/A | N/A |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE

On August 17, 2018, Plaintiff C.A.M., by and through guardian ad litem Carolyn Givan Medina, filed a Complaint for Review of Social Security Decision. (Docket Entry Nos. 1-2, 8).

On February 4, 2019, Defendant filed an Answer and the Certified Administrative Record. (Docket Entry Nos. 21-22).

On December 7, 2018, Plaintiff filed a request for an extension of time to file a motion for summary judgment. (Docket Entry No. 18).

On April 15, 2019 and May 23, 2019, the Court issued Orders granting the parties' requests for additional time to file their joint stipulation. See Docket Entry Nos. 24, 26.

On June 25, 2019, the Court granted Plaintiff's counsel's motion to withdraw as counsel for Plaintiff and gave Plaintiff, by and through guardian ad litem Carolyn Givan Medina, thirty (30) days to retain substitute counsel. (Docket Entry No. 32).

On August 29, 2019, the Court granted the request by Plaintiff, by and through guardian ad litem Carolyn Givan Medina, to proceed *pro se*, and ordered Plaintiff to file "a motion for summary judgment within 45 days of service of Defendant's Answer and the Certified Administrative Record. (Docket Entry No. 36). On the same date, Defendant filed a notice regarding service of the answer and certified administrative record on Plaintiff's guardian ad litem. (Docket Entry No. 35).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 18-01725-AS | Date | October 22, 2019 |
|---|---|---|---|
| Title | C.A.M. v. Nancy Berryhill, *Acting Commissioner of Social Security* | | |

Plaintiff's motion for summary judgment was due by October 14, 2019 (45 days following the service of the Defendant's Answer and Certified Administrative Record in August 29, 2019). To date, Plaintiff has failed to file the required motion for summary judgment, seek an extension of time to do so, or otherwise communicate with the Court.

The Court, on its own motion, orders Plaintiff to show cause, in writing, no later than **November 12, 2019**, why this action should not be dismissed for lack of prosecution. See Link v. Wabash R. Co., 370 U.S. 626 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion). Plaintiff may file a motion for summary judgment or Declaration in response to this Order to Show Cause **no later than November 12, 2019.**

**In addition, Plaintiff may instead request a voluntary dismissal of this action pursuant to Fed.R.Civ.P. 41(a). A Notice of Dismissal form is attached for Plaintiff's convenience.**

**Plaintiff is expressly warned that failure to file a timely response to this Order to Show Cause might result in the dismissal of this action with prejudice for failure to comply with Court orders and for failure to prosecute. See Fed.R.Civ.P.41(b).**

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | AF |