# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | ED CV 18-01725-AS | Date | March 10, 2020 |
|---|---|---|---|
| Title | C.A.M. v. Andrew Saul, *Commissioner of Social Security* | | |

Present: The Honorable Alka Sagar, United States Magistrate Judge

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| N/A | N/A |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE**

On December 12, 2019, issued an Order Vacating Order to Show Cause and Granting Plaintiff Additional Time to File Motion for Summary Judgment (Docket Entry No. 39). Plaintiff's motion for summary judgment was due by no later than March 5, 2020.

As of the date of this Order, Plaintiff has failed to file a motion for summary judgment or request an extension of time to do so. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, within **fourteen (14) days** from the date of this Order (**or no later than March 24, 2020**), why this action should not be dismissed for Plaintiff's failure to obey Court orders and for her failure to prosecute. If Plaintiff timely files a Motion for Summary Judgment the Court will consider it to be a satisfactory response to this Order to Show Cause and vacate the Order.

**In addition, Plaintiff may instead request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a). A Notice of Dismissal form is attached for Plaintiff's convenience. Plaintiff is expressly warned that failure to file a timely response to this Order will result in an Order dismissing this action with prejudice for her failure to comply with Court orders and for her failure to prosecute. See Fed. R. Civ. P. 41(b).**