# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | EDCV 18-01725-AS | Date | April 6, 2020 |
|---|---|---|---|
| Title | C.A.M. v. Andrew M. Saul, *Commissioner of Social Security* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Carolyn Givan Medina, guardian ad litem for Plaintiff C.A.M., *proceeding in pro per* | Michael Marriott Special Assistant U.S. Attorney |

**Proceedings:** **SECOND ORDER TO SHOW CAUSE**

On March 10, 2020, the Court issued Plaintiff an Order to Show Cause, by no later than March 24, 2020, why this action should not be dismissed for Plaintiff's failure to obey Court orders and for her failure to prosecute. (Docket Entry No. 40). (A copy of the Court's March 10, 2020 Order to Show Cause is attached hereto.)

As of the date of this Order, Plaintiff has failed to respond to the Court's March 10, 2020 Order to Show Cause.

Plaintiff is ORDERED TO SHOW CAUSE, within **twenty (20) days** from the date of this Order (**by no later than April 27, 2020**), why this action should not be dismissed for Plaintiff's failure to obey Court orders and for her failure to prosecute. If Plaintiff timely files a Motion for Summary Judgment the Court will consider it to be a satisfactory response to this Order to Show Cause and vacate the Order.

In addition, Plaintiff may instead request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a). A Notice of Dismissal form is attached for Plaintiff's convenience.

**Plaintiff is expressly warned that his failure to file a timely response to this Order will result in an Order dismissing this action with prejudice for her failure to comply with Court orders and for her failure to prosecute. See Fed. R. Civ. P. 41(b).**